## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

HECTOR BALLEZA,

          Petitioner,

v.

MARK KING,

          Respondent.

Case No. 24-CV-160 (NEB/LIB)

ORDER ACCEPTING REPORT AND
RECOMMENDATION

---

The Court has received the August 9, 2024 Report and Recommendation of United States Magistrate Judge Leo I. Brisbois. (ECF No. 10.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 10) is ACCEPTED;

2. The Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (ECF No. 1) is DENIED; and

3. The action is DISMISSED WITH PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: October 3, 2024                    BY THE COURT:

                                          s/Nancy E. Brasel
                                          Nancy E. Brasel
                                          United States District Judge